FIDELITY UNION TRUST COMPANY et al., respondents,

*v.*

FRANCES REEVES et al., appellants.

[Decided May 18th, 1925.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *96 N. J. Eq. 490.*

*Mr. Francis Lafferty* and *Mr. Charles G. Titsworth,* for the respondents.

*Messrs. Whiting & Moore,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, CAMPBELL, LLOYD, GARDNER, KAYS, JJ. 9.

*For reversal*—WHITE, VAN BUSKIRK, CLARK, McGLENNON, JJ. 4.